UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA :

-v- : **SEALED ORDER**

JARETT MENDOZA, : 23 Cr. 316 (ER)

Defendant. :

------------------------------------- X

    WHEREAS, an application has been made by the United States of America for the unsealing of the docket in *United States v. Jarett Mendoza*, 23 Cr. 316 (ER), including the Information and all filings, on June 29, 2023 at 9:00 a.m., at which time the circumstances underlying the Government's prior request for sealing and delayed docketing will no longer exist;

    IT IS HEREBY ORDERED that the docket in *United States v. Jarett Mendoza*, 23 Cr. 316 (ER) be unsealed and restored to regular docketing on June 29, 2023 at 9:00 a.m. and, upon unsealing, shall remain unsealed pending further order of the Court.

SO ORDERED:

Dated:    New York, New York
           June 29, 2023

_____
THE HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

