UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Plaintiff,

-against-

Jarett Mendoza Defendant.

23 CRIM 316

____cv____ (   )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Karen A. Pickett__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Massachusetts__; and that his/her contact information is as follows (please print):

Applicant's Name: __Karen A. Pickett__
Firm Name: __Pickett Law Offices, PC__
Address: __125 High St., 26th Fl.__
City / State / Zip: __Boston MA 02110__
Telephone / Fax: __617-423-0485__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Jarett Mendoza__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __June 28, 2023__

United States District / Magistrate Judge

