```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:23-cr-00316-ER-1
    -against-                       :   ORDER
                                    :
Jarrett Mendoza                     :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Edgardo Ramos, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of Substance Abuse Testing and Treatment as directed by Pretrial Services.

Dated: August 21, 2023
New York, New York

SO ORDERED:

_____
Edgardo Ramos
United States District Judge