

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2024

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

> Sentencing is scheduled for September 26, 2024, at 11 a.m.
>
> A presentence investigation is hereby ordered.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  6/26/2024
> New York, New York

    **Re:**   *United States v. Jarett Mendoza*, **23 Cr. 316 (ER)**

Dear Judge Ramos:

      The Government respectfully writes to request that the Court order the preparation of a presentence report ("PSR") and set a sentencing date for Jarett Mendoza, the defendant in the above-captioned case.

      On or about June 28, 2023, Jarett Mendoza appeared before the Court and entered a plea of guilty to Information 23 Cr. 316 (ER) (the "Information"). The Government at that time requested, with the consent of defense counsel, that preparation of the PSR be deferred. Since that date, all defendants in the related case, *United States v. Dupont et al.*, 23 Cr. 320 (GHW), have resolved their charges through pre-trial dispositions. Given that there is no further need to delay Mendoza's sentencing, the Government respectfully requests, with defense counsel's consent, that the Court calendar a sentencing date. All parties are available the week of September 23, 2024, should that timing be convenient for the Court.

      Accordingly, the Government requests that the Court order the preparation of a PSR and schedule sentencing.

            Respectfully submitted,
            DAMIAN WILLIAMS
            United States Attorney

            by:  ____/s/_____
            Samuel P. Rothschild
            Sarah Mortazavi
            Margaret Graham
            Assistant United States Attorneys

Cc: All counsel (via ECF)